ELECTRONIC BUSINESS
EQUIPMENT, INC.,
Respondent,

v.

Michall HOLMES, Appellant.

No. WD 43472.

Missouri Court of Appeals,
Western District.

June 11, 1991.

Dennis J.C. Owens, Robin S. Martinez, Kansas City, for appellant.

James F. Adler, Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

### ORDER

PER CURIAM:

Appeal from permanent injunction to enjoin former employee from competing with former employer for period covered by non-compete agreement.

Affirmed. Rule 84.16(b).

Richard Duane BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44118.

Missouri Court of Appeals,
Western District.

June 11, 1991.

Judith C. LaRose, Columbia, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal for untimely filing of Rule 29.15 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).